```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 27061
   LATASHA SAYLES
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
     SSN XXX-XX-6321
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/21/04 and confirmed on 10/26/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 31130.04 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED | 20365.00 | 2698.11 | 20365.00 |
| RUSH COPLEY PEDIATRIC AS | UNSECURED | NOT FILED | .00 | .00 |
| BENEFICIAL FINANCE CORPO | UNSECURED | 1018.32 | .00 | 236.89 |
| CCC | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | 1065.69 | .00 | 247.91 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| NCM TRUST | UNSECURED | 878.93 | .00 | 204.46 |
| DREYER MEDICAL CLINIC | UNSECURED | 116.00 | .00 | 26.98 |
| ENCORE | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 469.70 | .00 | 109.27 |
| FMA ENTERPRISES INC | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| KELLER GRADUATE SCHOOL | UNSECURED | NOT FILED | .00 | .00 |
| MEIJER | UNSECURED | NOT FILED | .00 | .00 |
| PRIORITY EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA MERCY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| NCM TRUST | UNSECURED | 1748.63 | .00 | 406.78 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RISK MANAGEMENT ALTERNAT | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY IMAGING CONSULTAN | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 12080.49 | .00 | 2810.26 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1394.89 | .00 | 324.49 |

Summary of disbursements:

---
| SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      20365.00           .00      18772.65           .00     39137.65
PRINCIPAL PAID          20365.00           .00       4367.04           .00     24732.04
INTEREST PAID            2698.11           .00           .00           .00      2698.11
TOTAL PAID              23063.11           .00       4367.04           .00     27430.15
```
The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2200.00
and was paid $     500.00   direct and $    1700.00   through the plan.

The Trustee received $    1250.85 .

Refunds to the Debtor totaled $     749.04 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/18/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE